

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00243-CR

Tory Scot **JONAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0272-CR-A
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 14, 2025.

_____
Velia J. Meza, Justice